ACCEPTED
03-15-00701-CV
8174413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 10:35:45 AM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-15-00701-CV

_____

IN THE THIRD COURT OF APPEALS IN AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 10:35:45 AM
JEFFREY D. KYLE
Clerk

_____

DEREK R. VAN GILDER, INDIVIDUALLY AND AS TRUSTEE OF THE CAROL H. NOBLE TRUST, AND CHUCK RYAN, INDIVIDUALLY AND AS SUCCESSOR TRUSTEE OF THE CAROL H. NOBLE TRUST,

Appellants,

v.

ROSANNA ABREO, PERMANENT GUARDIAN OF THE ESTATE OF CAROL H. NOBLE, AND INCAPACITATED PERSON,

Appellee.

_____

On Appeal from the 21st District Court in Bastrop County, Texas

_____

## UNOPPOSED MOTION TO DISMISS APPEAL

_____

Tracy J. Willi
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

Attorney on behalf of Derek R. Van Gilder, Individually and as Trustee of The Carol H. Noble Trust, and Chuck Ryan, Individually and as Successor Trustee of The Carol H. Noble Trust

## UNOPPOSED MOTION TO DISMISS APPEAL

Appellants, Derek R. Van Gilder, Individually and as Trustee of The Carol H. Noble Trust, and Chuck Ryan, Individually and as Successor Trustee of The Carol H. Noble Trust, file this Unopposed Motion to Dismiss Appeal and would show this Court as follows.

The parties have entered into a settlement of this matter. Pursuant to the settlement, the parties have agreed to dismiss this action in its entirety.

The parties request this Court to enter an Order of Dismissal.

Respectfully submitted,

/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

Attorney on behalf of Derek R. Van Gilder, Individually and as Trustee of The Carol H. Noble Trust, and Chuck Ryan, Individually and as Successor Trustee of The Carol H. Noble Trust

2

## Certificate of Conference

I hereby certify that I have conferred with all counsel of record and all counsel are unopposed to this filing.

/s/ Tracy J. Willi
Tracy J. Willi

## Certificate of Service

I hereby certify that this document was served on December 10, 2015, through the Court's electronic filing manager if the email address of the party or attorney to be served is on file with the electronic filing manager. If the email address is not on file, then this document was served on the same day by fax, by email, or by U.S. mail.

Chris M. "Matt" Dillon
Texas Bar No. 24025328
P.O. Box 446
Bastrop, TX 78602
(512) 303-2889
(512) 866-375-1815
dillonlaw@yahoo.com

Counsel for Rosanna Abreo, Permanent Guardian of the Estate of Carol H. Noble, An Incapacitated Person

Elizabeth Owen
State Bar No. 00794411
Owen & Bogart
P.O. Box 690/105 E. 2nd Street
Elgin, TX 78621
(512) 281-3326
(512) 281-5094 (fax)
eowen@obrlaw.net

Counsel for Kelli Mercer

/s/ Tracy J. Willi
Tracy J. Willi

3